[No. 15957-1-II.   Division Two.   February 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VERN SLATER IVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00147-1, Gary W. Velie, J., entered April 17,

1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.